Jennifer C. Alexander, ABA #9511058
Richard Moses, ABA #1311096
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
jalexander@bhb.com
rmoses@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Theresa M. Zechman (pro hac vice to follow)
Wade D. Albert (pro hac vice to follow)
Stevens & Lee, P.C.
51 South Duke Street
Lancaster, PA 17602
Telephone: 717.399.6644
Facsimile: 610.236.4185
Email: theresa.zechman@stevenslee.com; wade.albert@stevenslee.com

Attorneys for Defendant EAST PENN MANUFACTURING, CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS PULICE,<br><br>    Plaintiff,<br><br>  vs.<br><br>EAST PENN MANUFACTURING, CO.,<br><br>    Defendant. | Case No.: 3:25-cv-00087-MMS |

**<u>UNOPPOSED MOTION TO ENFORCE SUBPOENA</u>**

PULICE V. EAST PENN MANUFACTURING, CO.    CASE NO. 3:25-CV-00087-MMS
UNOPPOSED MOTION TO ENFORCE SUBPOENA    PAGE 1 OF 3
Case 3:25-cv-00087-MMS   Document 20   Filed 11/05/25   Page 1 of 3

Comes now, Defendant East Penn Manufacturing Co., by and through undersigned counsel, and hereby files the instant motion to enforce a subpoena served on the Alaska Native Tribal Health Consortium ("ANTHC"). This motion is unopposed and supported by a proposed order, a declaration of counsel, and the relevant subpoena (attached as Exhibit A).

The relevant subpoena was served on ANTHC. A representative of ANTHC confirmed receipt, via email, on October 15, 2025. On October 17, 2025, counsel for ANTHC confirmed, again via email, that ANTHC is subject to the Federal Privacy Act, and that as such, cannot release the requested information absent a release of information or a court order mandating its release. Counsel cited *Doe v. DiGenova*, 779 F.2d 74, 85 (D.C. Cir. 1985) in her explanation.

Counsel for Plaintiff indicated, via email, that he does not oppose this motion on November 4, 2025.

For the reasons articulated above, the Court should grant the motion and enforce the subpoena.

DATED this 5th day of November, 2025.

        BIRCH HORTON BITTNER & CHEROT
        Attorneys for Defendant,
        EAST PENN MANUFACTURING, CO.

        By:     */s/ Richard Moses*
              Jennifer C. Alexander, ABA #9511058
              Richard Moses, ABA #1311096

PULICE V. EAST PENN MANUFACTURING, CO.         CASE NO. 3:25-CV-00087-MMS
UNOPPOSED MOTION TO ENFORCE SUBPOENA         PAGE 2 OF 3
Case 3:25-cv-00087-MMS    Document 20    Filed 11/05/25    Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of November, 2025, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

Isaac D. Zorea
Law Office of Isaac D. Zorea
P.O. Box 90844
Anchorage, AK 99509
eyedz@gci.net

BIRCH HORTON BITTNER & CHEROT

By:     */s/ Nathan S. Wood*

PULICE V. EAST PENN MANUFACTURING, CO.     CASE NO. 3:25-CV-00087-MMS
UNOPPOSED MOTION TO ENFORCE SUBPOENA     PAGE 3 OF 3
Case 3:25-cv-00087-MMS     Document 20     Filed 11/05/25     Page 3 of 3