# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS PULICE,<br><br>    Plaintiff,<br><br>  v.<br><br>EAST PENN MANUFACTURING, CO.,<br><br>    Defendant. | Case No. 3:25-cv-00087-MMS |

## ORDER GRANTING UNOPPOSED MOTION TO ENFORCE SUBPOENA

The Court, being fully advised, hereby **GRANTS** the Unopposed Motion to Enforce Subpoena at Docket No. 20. Accordingly, **IT IS HEREBY ORDERED** that the Alaska Native Tribal Health Consortium ("ANTHC") shall comply with the relevant subpoena and produce the following to counsel for Defendant:

  1. Any medical records, including, but not limited to, all charts, notes, reports, laboratory reports and records, diagnostic studies, imaging studies or reports, results or reports of any other tests performed, operative reports, correspondence, memoranda, billings, physical therapy records, mental or behavioral health records, and substance abuse records related to Nicholas Pulice.

  2. Any billing or payment records related to Nicholas Pulice.

  3. Any communications between you and Nicholas Pulice regarding the authorization to release medical records to EPM or any third party, including, but not limited to, HIPAA release forms signed by Nicholas Pulice.

4. Any records of urinalysis (UA) drug tests conducted on Nicholas Pulice, including, but not limited to, test results, chain of custody documentation, and any communications regarding the tests.

5. Any records and communications related to Nicholas Pulice's participation in any Employee Assistance Program (EAP) or counseling program.

6. Any documents related to Nicholas Pulice's claims for workers' compensation benefits, including, but not limited to, claim forms and correspondence.

DATED this 17th day of November, 2025, at Anchorage, Alaska.

_____
MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE